IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-CV-02139
**ESTATE OF BRIAN O'LEARY**, by and through Brandon O'Leary as personal representative; and **BRANDON O'LEARY AND SHANE O'LEARY,** a**s** next of kin of decedent,

    Plaintiffs,

v.

**COUNTY OF EL PASO, COLORADO; EL PASO COUNTY SHERIFF'S OFFICE; BUREAU CHIEF PAULA PRESLEY,** in her official capacities; **EL PASO COUNTY SHERIFF TERRY MAKETA**, in his official capacity; **CORRECTIONAL HEALTHCARE MANAGEMENT; DIANE AL-ABDULJALIL M.D.,** in her individual and official capacities; **NATASHA WOLINSKI, PA**, in her individual and official capacities; **SEAN EHLINGER R.N.,** in his individual and official capacities; **CAROL ANSLEY, R.N.**, in her individual and official capacities; **RACHELLE CLEMONS, L.P.N.** in her individual and official capacities, **DIANE MILLER, L.P.N.** in her individual and official capacities,

    Defendants.
_____

**ORDER APPROVING PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CAROL ANSLEY, R.N.**
_____

Upon review of Plaintiffs' **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CAROL ANSLEY, R.N, [23]** filed October 17, 2012, it is

ORDERED that Defendant Carol Ansley is dismissed from this action, without prejudice.

**DATED** this 18th day of October, 2012.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Court Judge