IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02139-RPM

ESTATE OF BRIAN O'LEARY, by and through Brandon O'Leary as personal
representative;
BRANDON O'LEARY and
SHANE O'LEARY, as next of kin of decedent,

       Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE;
BUREAU CHIEF PAULA PRESLEY, in her official capacities;
EL PASO COUNTY SHERIFF TERRY MAKETA, in his official capacity;
CORRECTIONAL HEALTHCARE MANAGEMENT;
DIANE AL-ABDULJALIL, M.D., in her individual and official capacities;
SEAN EHLINGER, R.N., in his individual and official capacities; and
DIANE MILLER, L.P.N., in her individual and official capacities,

       Defendants.

_____

ORDER CORRECTING NAME OF DEFENDANT
_____

       Upon review of Plaintiffs' Notice of Scrivener's Error to Correct Name of Defendant

"Diane Miller, L.P.N." to "Patricia Miller, L.P.N.," [25] filed October 18, 2012, it is

       ORDERED that the caption is amended to correct the name of Defendant Diane Miller,

L.P.N., to Patricia Miller, L.P.N.

       DATED: October 19th, 2012

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____
                           Richard P. Matsch, Senior District Judge