**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     March 20, 2013
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 12-cv-02139-RPM

| | |
|---|---|
| ESTATE OF BRIAN O'LEARY, | Jeffrey R. Kelley |
| by and through Brandon O'Leary as personal representative; | Keri Friedman |
| BRANDON O'LEARY, and | Phil L. Harding |
| SHANE O'LEARY, as next of kin of decedent, | |

  Plaintiffs,

v.

| | |
|---|---|
| COUNTY OF EL PASO, COLORADO; | Kenneth R. Hodges |
| EL PASO COUNTY SHERIFF'S OFFICE; | Diana K. May |
| BUREAU CHIEF PAULA PRESLEY, in her official capacities; | |
| EL PASO COUNTY SHERIFF TERRY MAKETA, in his official capacity; | |
| CORRECTIONAL HEALTHCARE MANAGEMENT, INC.; | Terry Cipoletti |
| DIANE AL-ABDULJALIL, M.D., in her individual and official capacities; | |
| NATASHA WOLINSKI, P.A., in her individual and official capacities; | |
| SEAN EHLINGER, R.N., in his individual and official capacities; | |
| RACHELLE CLEMONS, L.P.N., in her individual and official capacities; and | Kimberly F.W. Deline |
| PATRICIA MILLER, L.P.N., in her individual and official capacities, | |

  Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions to Dismiss**

**2:00 p.m.     Court in session.**

Court's preliminary remarks and states its summary of the case facts and jurisdictional claims.
Court states it will receive exhibits objected to for the limited purpose of this hearing.

2:07 p.m.     Mr. Kelley answers questions asked by the Court regarding plaintiffs' view of the case facts with respect to the claims.

Argument by Mr. Kelley.

12-cv-02139-RPM
March 20, 2013

**ORDERED:** **Motions to Dismiss are granted with respect to the First, Second and Third Claims for Relief and remainder of the claims are dismissed for lack of jurisdiction re [34], [35], and [36].**

**Joint Motion on Behalf of All Defendants for Additional Extension of Time to Designate Nonparties at Fault [47], is moot.**

**This civil action is dismissed.**

**2:17 p.m.**   **Court in recess.**

Hearing concluded.  Total time: 17  min.