IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02139-RPM

ESTATE OF BRIAN O'LEARY, by and through Brandon O'Leary as personal representative;
BRANDON O'LEARY, and
SHANE O'LEARY, as next of kin of decedent,

    Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE;
BUREAU CHIEF PAULA PRESLEY, in her official capacities;
EL PASO COUNTY SHERIFF TERRY MAKETA, in his official capacity;
CORRECTIONAL HEALTHCARE MANAGEMENT;
DIANE AL-ABDULJALIL, M.D., in her individual and official capacities;
SEAN EHLINGER, R.N., in his individual and official capacities;
CAROL ANSLEY, R.N., in her individual and official capacities; and
PATRICIA MILLER, L.P.N., in her individual and official capacities,

    Defendants.

## JUDGMENT

    Pursuant to the Order of Dismissal entered by Senior Judge Richard P. Matsch entered today, it is

    ORDERED AND ADJUDGED that the first, second and third claims for relief are dismissed under Fed.R.Civ.P. 12(b)(6) and the fourth through eleventh claims for relief are dismissed without prejudice pursuant to Fed.R.Civ.P. 12(b)(1).

    DATED: March 20, 2013

                            FOR THE COURT:

                            JEFFREY P. COLWELL, Clerk
                                s/M.V. Wentz
                            By_____
                                  Deputy